STATE OF CONNECTICUT *v.* MICHAEL BLACKWELL

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 587, is denied.

*Joette Katz,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided March 25, 1987

MARK W. GOLDBERG ET AL. *v.* INSURANCE DEPARTMENT ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 9 Conn. App. 622, is granted, with limitation.

*Jonathan L. Ensign,* assistant attorney general, in support of the petition.

*Gerald L. Garlick,* in opposition.

Decided March 25, 1987

IN RE NICOLINA T. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 9 Conn. App. 598, is denied.

*Barbara J. Ruhe,* in support of the petition.

*Judith Merrill Earl,* assistant attorney general, and *Denise Magnoli McNair,* in opposition.

Decided March 25, 1987